UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x   Case No.: 13-CV-6659(WHP)

SABERA HOSSAIN,

                Plaintiff,

   -against-   **NOTICE OF APPEARANCE**

TANDOORI WEST INC. and TARA SINGH GILL,
in his individual and official capacities

                Defendants.

---------------------------------------------------------------x

TO: The Clerk of Court and all Parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendants Tandoori West Inc. and Tara Singh Gill.

Dated: East Meadow, New York
        October 18, 2013

        **CERTILMAN BALIN ADLER & HYMAN, LLP**

        By: _____
        Douglas E. Rowe, Esq.
        *Attorneys for Defendant*
        90 Merrick Avenue, 9th Floor
        East Meadow, New York 11554
        Email: drowe@certilmanbalin.com
        Tel: (516) 296-7000

**TO: THE OTTINGER FIRM, P.C.**
Attorney for Plaintiff
20 West 55th Street, 6th Floor
New York, NY 10019
Attn.: George D. Vallas, Esq.
212-571-2000

2740603.1