Pauley, W.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x  Case No.: 13-CV-6659(WHP)
SABERA HOSSAIN,

                Plaintiff,

     -against-                           **STIPULATION**

TANDOORI WEST INC. and TARA SINGH GILL,
in his individual and official capacities

                Defendants.
------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, that the time in which defendants Tandoori West Inc. and Tara Singh Gill has to serve an answer, move or appear in the above-entitled action is hereby extended to and including November 15, 2013; and it

**FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts, and facsimile signatures shall have the same force and effect as originals.

Dated: October 16, 2013

| | |
|---|---|
| **THE OTTINGER FIRM, P.C.** | **CERTILMAN BALIN ADLER & HYMAN, LLP** |
| By: _____ | By: _____ |
| GEORGE D. VALLAS, ESQ. | DOUGLAS E. ROWE, ESQ. |
| Attorney for Plaintiff | Attorneys for Defendants |
| 20 West 55th Street, 6th Floor | 90 Merrick Avenue, 9th Floor |
| New York, NY 10019 | East Meadow, NY 11554 |
| 212-571-2000 | 516-296-7000 |

**SO ORDERED**

_____ 10/21/13

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/13

2737623.1